**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SPEED DATE U.S.A., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO.:  2:13-cv-06125-TJS |
| | : | |
| MATCH.COM EVENTS, LLC | : | |
| | : | |
| Defendant | : | |

**PLAINTIFF SPEED DATE U.S.A., INC.'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

**PLEASE TAKE NOTICE** that Plaintiff Speed Date U.S.A. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses all claims in this action *without prejudice* as to Defendant Match.com Events, LLC.

> Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
> **(a) Voluntary Dismissal**
> **(1) By the Plaintiff**
> (A) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), and 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court ordering by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or motion for summary judgment

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

                                       **Respectfully Submitted,**
                                       **THE SAMPAT LAW FIRM, LLC**

Date: February 6, 2014        By:    /s/ Neal J. Sampat
                                                  Neal J. Sampat, Esq. (Pa. I.D. No. 206451)
                                                  Attorneys for Plaintiff
                                                   The Sampat Law Firm, LLC
                                                   370 Middletown Blvd., Suite 502
                                                   Langhorne, PA 19047
                                                   Phone: 215-268-6520

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff Speed Date U.S.A., Inc.'s Notice Of Voluntary Dismissal Without Prejudice Pursuant To Federal Rule Of Civil Procedure 41(A)(1) has been filed electronically and, on the date below, I caused a true and correct copy of the foregoing document to be served on the following persons via the Court's ECF system:

Edward J. Sholinsky, Esq.
Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Attorneys for Defendant Match.com Events, LLC

Date: February 6, 2014                                   /s/ Neal J . Sampat _____
                                                                        Neal J. Sampat, Esq.